UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

FILED & ENTERED

FEB 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

| | |
|---|---|
| In Re:<br><br>**COBALIS CORPORATION,**<br><br>    Debtor.<br><br>**COBALIS CORPORATION**<br>**and YA GLOBAL INVESTMENTS, L.P.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MONTENEGREX**<br><br>    Defendant. | Case No. 8:07-12347-TA<br><br>Chapter 11<br><br><br>Adversary Case No. 8:09-ap-01728-TA<br><br>**ORDER ON PLAINTIFF-INTERVENOR YA GLOBAL'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 27, 2011<br><br>Time:  2:00 p.m.<br><br>Ctrm:  5B |

Having considered *Plaintiff-Intervenor YA Global's Motion for Summary Judgment* (the "Motion") dated December 17, 2010 and having made certain findings of fact and reached certain conclusions of law as provided in a separate document entered concurrently herewith, **THE COURT HEREBY ORDERS**:

    1.    The Motion is **GRANTED**;

    2.    The Judgment Lien and ORAP Lien asserted by Montenegrex are hereby avoided as preferential transfers pursuant to 11 U.S.C. § 547.  Liens, if any arose as result of the subject transactions, are automatically preserved for benefit of the estate under 11 U.S.C. §551.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 | 3. | The claim held by Montenegrex is not secured by any lien; and |
| 5 |   |   |
| 6 | 4. | The Court shall retain jurisdiction to interpret and enforce this order |
| 7 |   | ### |

23  DATED: February 14, 2011

*Theodor C. Albert*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2001 Ross Avenue
Dallas, Texas 75201

A true and correct copy of the foregoing document described as **ORDER ON PLAINTIFF-INTERVENOR YA GLOBAL'S MOTION FOR SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *12/17/2010,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. First Class Mail**
Debtor Cobalis Corporation
Attn: Chaslav Radovich, President
2030 Main Street, Suite 1300
Irvine, CA 92614

**Via E-Mail & U.S. Mail**
Montenegrex
Attn: Rey Olsen
P.O. Box 7022
New York, NY 10150-7022
WSGNY@aol.com

**Via U.S. Mail**
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *12/17/2010,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via E-Mail: rgoe@goeforlaw.com**
Counsel for Debtor
Robert P. Goe
Goe & Forsythe LLP
18101 Von Karman Ave, Suite 510

☐ Service information continued on attached page

Irvine, CA 92612

Keith C Owens on behalf of Creditor YA Global Investments, L.P. - kowens@foley.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/17/10 | C. Luckey McDowell | /s/ C. Luckey McDowell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON PLAINTIFF-INTERVENOR YA GLOBAL'S MOTION FOR SUMMARY JUDGMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___***January 5, 2011***_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert P Goe on behalf of Plaintiff Cobalis Corporation - kmurphy@goeforlaw.com, rgoe@goeforlaw.com; mforsythe@goeforlaw.com

Luckey McDowell on behalf of Creditor YA Global Investments, L.P. - luckey.mcdowell@bakerbotts.com

Keith C Owens on behalf of Creditor YA Global Investments, L.P. - kowens@foley.com

United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| | |
|---|---|
| Debtor Cobalis Corporation<br>Attn: Chaslav Radovich, President<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614 | Montenegrex<br>Attn: Rey Olsen<br>P.O. Box 7022<br>New York, NY 10150-7022<br>WSGNY@aol.com |

☐ Service information continued on attached page

DAL02:576822.3This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**